**Stephen H. Buckley**, OSB #80178
sbuckley@brownsteinrask.com
**Cary R. Cadonau**, OSB #00224
ccadonau@brownsteinrask.com
Brownstein | Rask, LLP
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOB CARLSON, INC.,<br><br>    Defendant.<br>_____ | Civil No. 3:15-cv-00020-MO<br><br>**DEFAULT JUDGMENT** |

An order of default has been entered against defendant, and defendant has not instituted any proceedings since entry thereof. Based upon plaintiffs' motion for default judgment and the supporting declaration, now therefore,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.    On the **First Claim for Relief**, defendant shall pay the following amounts to plaintiffs: $5,636.73 in fringe benefit contributions; $724.79 in liquidated damages calculated through September 21, 2014 with liquidated damages continuing to accrue on the delinquent

Page 1 - **DEFAULT JUDGMENT**

health contributions owed to the Health Fund for months on or after June 2013 ($4,494.66) at the rate of 1% per month for each monthly period on and after October 21, 2014 that the health contributions remain delinquent up to a maximum of 20%; and $412.51 in interest calculated through October 17, 2014, with interest continuing to accrue on the unpaid pension contributions owed to the Pension Fund incurred for work performed prior to October 1, 2013 ($728.70) at the rate of 12% per annum from October 18, 2014, through entry of judgment, interest continuing to accrue on the unpaid pension contributions owed to the Pension Fund incurred for work performed after October 1, 2013 ($29.90) at 3% per annum from October 18, 2014, through entry of judgment, interest continuing to accrue on the unpaid health contributions owed to the Health Fund incurred for work performed prior to June 1, 2013 ($72.45) at the rate of 12% per annum from October 18, 2014, through entry of judgment, interest continuing to accrue on the unpaid health contributions owed to the Health Fund incurred for work performed on and after June 1, 2013 ($4,494.66) at the rate of 6% per annum from October 18, 2014, through entry of judgment, and interest continuing to accrue on the unpaid apprenticeship contributions owed to the Apprenticeship Fund ($311.02) at the rate of 12% per annum from October 18, 2014, through entry of judgment.

    2.    On the **Second Claim for Relief**, defendant shall pay $4,093.52 in liquidated damages to plaintiffs.

    3.    On the **Third Claim for Relief**, defendant shall pay $376.37 in interest to plaintiffs.

    4.    Defendant shall pay $3,600.00 in attorney fees and $532.60 in court costs to plaintiffs.

5.      Plaintiffs shall retain the right to conduct a future payroll examination of defendant's books and records for a time period other than January 2013 through March 2014 in order to ensure that all required fringe benefit contributions and union dues have been paid; and further, in the event the payroll examination reveals that delinquent fringe benefit contributions and/or dues are owed, plaintiffs shall have the right to institute legal proceedings against defendant to recover the delinquent fringe benefit contributions and/or union dues found due and owing pursuant to the payroll examination report, together with liquidated damages, interest, payroll examination fees, attorneys' fees and court costs.

ORDERED AND ADJUDGED this 30  day of July           2015.

/s/ Michael W. Mosman
Hon. Michael W. Mosman
U.S. District Court Judge

Presented By:
BROWNSTEIN | RASK, LLP

/s/ Cary R. Cadonau
Cary R. Cadonau, OSB #002245
Of Attorneys for Plaintiffs

Page 3 - **DEFAULT JUDGMENT**