Stephen H. Buckley, OSB #80178
sbuckley@brownsteinrask.com
Cary R. Cadonau, OSB #002245
ccadonau@brownsteinrask.com
Brownstein | Rask, LLP
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorneys for Plaintiffs

FILED14 JAN '16 10:59USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>BOB CARLSON, INC.,<br><br>    Defendant. | Civil No. 3:15-cv-00020-MO<br><br>**GARNISHEE RESPONSE**<br>(McDonald & Wetle, Inc.) |

The writ of garnishment was delivered to me on the 11th day of JANUARY, 2016. The following responses are accurate and complete as of that date.

### PART I: DEBTOR'S PROPERTY GENERALLY
### (ALL GARNISHEES MUST FILL OUT THIS PORTION OF THE RESPONSE)

Place a check in front of all the following statements that apply. You may need to check more than one statement.

_____ I have discovered that a voluntary or involuntary bankruptcy petition has been filed by or on behalf of the Debtor after the date shown on the face of the writ as the date on which the judgment was entered against the Debtor or after the debt otherwise became subject to garnishment. (You need not complete any other part of this response, but you must sign the response and deliver it in the manner specified in Step 2 of the Instructions to Garnishee form.)

Page 1 - GARNISHEE RESPONSE (McDonald & Wetle, Inc.)

__✗__ I do not employ the Debtor, I do not have in my possession, control or custody any personal property of the Debtor and I do not owe any debts or other obligations to the Debtor.

_____ I employ the Debtor. (You must complete Part II of this response.)

_____ I have in my possession, control or custody money that belongs to the Debtor (other than wages), or I owe a debt or other obligation to the Debtor (other than wages) that is due as of the time of this response. I am forwarding this money, or enough of it to satisfy the garnishment, to the Garnishor.

_____ I owe a debt or other obligation to the Debtor (other than wages) that is not due as of the time of this response but will become due within 45 days after the writ was delivered to me. I will forward the money, or enough of it to satisfy the garnishment, to the Garnishor when the debt or other obligation becomes due.

_____ I owe the following debt or other obligation to the Debtor (other than wages) that will not become due within 45 days after the date that the writ was delivered to me. I will not make any payments on the debt or obligation until I receive instructions from the Sheriff or until 30 days have passed from the date on which I deliver this response. (See Instructions to Garnishee form.)

_____
_____
_____

_____ I have in my possession, control or custody the following personal property (other than money) that belongs to the Debtor. I will hold all of the property for the Garnishor until I receive instructions from the Sheriff or until 30 days have passed from the date on which I deliver this response. (See Instructions to Garnishee form.)

_____
_____
_____

_____ I may owe money to or hold property of the Debtor, but I am not sure what or how much it might be. (You must provide an explanation in the following space and you must deliver an amended response when you find out. You must deliver an amended response even if you find out that you have no property of the Debtor or owe no money to the Debtor.)

_____
_____
_____

Page 2 - GARNISHEE RESPONSE (McDonald & Welle, Inc.)

____    (FINANCIAL INSTITUTIONS ONLY) We hold one or more accounts for the Debtor, of which $_____ is not subject to garnishment under ORS 18.619. We are forwarding all other garnishable amounts, or enough of it to satisfy the garnishment, to the Garnishor.

_____

_____

_____

____    The writ of garnishment delivered to me, on its face, does not comply with the Oregon laws governing writs of garnishment, or I cannot determine the identity of the Debtor from the information in the writ. (You must provide an explanation in the following space.)

_____

_____

_____

____    I have received an order to withhold income that applies to the income of the Debtor. The order to withhold income has priority over the writ of garnishment, and compliance with the order will reduce or eliminate the money that I would otherwise deliver under the writ. (Provide details, including the name of the agency serving the order to withhold income, the date the order was served on you and the amount to be withheld. If you employ the Debtor, you must still complete Part II of this response.)

_____

_____

_____

____    I have received notice of a challenge to the garnishment. I will deliver to the clerk of the court all money that I would otherwise deliver to the Garnishor. (See Step 3 of Instructions to Garnishee form.)

____    Other (Explain)

_____

_____

_____

///    ///

///    ///

///    ///

Page 3 - GARNISHEE RESPONSE (McDonald & Wetle, Inc.)

PART II: DEBTOR'S EMPLOYER
(GARNISHEES WHO EMPLOY THE DEBTOR
MUST FILL OUT THIS PORTION OF THE RESPONSE)

Place a check in front of all the following statements that apply. You may need to check more than one statement.

NOTE: THE LAW PROHIBITS DISCHARGE OF THE DEBTOR FROM EMPLOYMENT BY REASON OF GARNISHMENT.

\_\_\_\_ I employ the Debtor. The Debtor is paid on a _____ basis (insert "weekly," "monthly" or other pay period). Wages will next be payable to the Debtor on the _____ day of _____, 2016. I will complete a Wage Exemption Calculation form for each payment of wages that is made during the 90-day period immediately following the date that the writ of garnishment was delivered to me. I will also complete a Wage Exemption Calculation form for the payday immediately following the end of the 90-day period. I will forward to the Garnishor on each of these occasions those wages calculated to be subject to garnishment, or enough of those wages to satisfy the garnishment.

\_\_\_\_ I had already received a writ of garnishment from another Garnishor before this writ was delivered to me. Under Oregon law, the previous writ has priority. The previous writ will terminate on the _____ day of _____, 2016.

I hereby certify that I have fully and accurately completed this Garnishee response.

DATED this 11th day of January, 2016.

McDonald & Wetle Inc.
Name of Garnishee

[signature] Dan Corcoran CFO
Authorized Representative of Garnishee

2020 NE 194th Ave.
Address
Portland OR 97230